IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-01109-PAC-CBS

ANGELO BROWN,

     Plaintiff(s),

v.

OFFICER MALCHOW,
OFFICER WISLER, and
OFFICER SMOOK,

     Defendant(s).

---

### ORDER OF DISMISSAL
---

This matter is before the Court on the parties' joint Stipulation for Dismissal with

Prejudice [filed August 9, 2005].  The Court having considered said motion, hereby

**ORDERS** that this matter is dismissed.  Each party is to pay his own costs, and

attorney fees.

Dated:  August 23, 2005.

BY THE COURT:


s/Patricia A. Coan
Patricia A. Coan
United States Magistrate Judge